(No. 74-CC-151—Claimant )

CONTINENTAL OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed January 22, 1974.*

CONTINENTAL OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.